UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -- ORDER

Case No.:    EDCV 11-01396 SJO (AN)                    Dated:  May 25, 2012

Title:       *Richard Hernandez v. Michael J. Astrue*
===============================================================
Present:  **Hon. Arthur Nakazato, Magistrate Judge**
(In Chambers - No Appearances)

<u>Stephen Ybarra</u>                                   <u>None         </u>
Deputy Clerk                                     Court Reporter

**MINUTE ORDER**

**Proceedings:**   Order to Show Cause re Dismissal ("OSC")

**Ruling:**   On September 14, 2011, Plaintiff filed his Complaint. On January 23, 2012, Plaintiff filed his proof of service indicating service on the Commissioner of Social Security c/o the Office of Regional Counsel on 1/17/12, and service on the U.S. Attorney on 1/23/12. However, it does not appear that proper service has actually been effectuated upon the Attorney General. The parties have failed to further comply with the Court's Case Management Order ("CMO") [7]. Accordingly, the parties are hereby ordered to file a Joint Status Report as directed by the CMO on or before June 7, 2012. Failure to do so will result in dismissal of this action for want of prosecution and disobedience with Court orders.

    IT IS SO ORDERED.


cc:     JUDGE OTERO
        All parties


Initials of Deputy Clerk <u>shy </u>