FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. EDCV 11-1396 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and this matter is remanded for further proceedings not inconsistent with this Order pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: May 1, 2013

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE